UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBALOPTIONS, INC.., <br><br>      Plaintiff, <br><br>      v. <br><br> ANTONOV AIRCRAFT DEALER <br>   CORP, et al., <br><br>      Defendants. | Civil Action No. 05-0821 (PLF) |

ORDER AND JUDGMENT

On September 2, 2005, this Court ordered plaintiff to show cause by within 15 days why this action against defendants Antonov Aircraft Dealer Corp. and Highrock Holding Limited should not be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. See FED. R. CIV. P. 4(m). On September 9, the Court granted plaintiff's motion to extend that deadline to October 15, 2005. That deadline has passed and plaintiff has neither filed proof of service with the Court nor offered any reason why this case should not be dismissed. Accordingly,

ORDERED that this case is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and the Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: October 24, 2005